# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 06 civ. 0574    Purchased/Filed: January 23, 2008
STATE OF NEW YORK   UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT

Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B., Industry Advancement and Legal Services Funds, et ano    Plaintiff

against

Precision Development of Chappaqua, Inc.    Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____January 28, 2008_____, at _____2:00pm_____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Complaint and Rule 7.1 on _____Precision Development of Chappaqua, Inc._____, the Defendant in this action, by delivering to and leaving with _____Amy Lesch_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, _____2_____ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____40_____ dollars; That said service was made pursuant to Section _____306 Business Corporation Law_____.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: _____23_____   Approx. Wt: _____160_____   Approx. Ht: _____5'9"_____
Color of skin: _____White_____   Hair color: _____Blonde_____   Sex: _____F_____   Other: _____

Sworn to before me on this
2nd day of February, 2008

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice-Work Order # SP0800941

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179