UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456,<br><br>                             Plaintiffs,<br><br>     -against-<br><br>PRECISION DEVELOPMENT OF CHAPPAQUA, INC.,<br><br>                          Defendant. | Index # 08-CIV-0574 (SCR)<br><br>**REQUEST FOR ENTRY OF DEFAULT JUDGMENT** |

TO:    Clerk of the United States District Court for the
           Southern District of New York

     Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, PRECISION DEVELOPMENT OF CHAPPAQUA, INC., having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Fund, (hereinafter referred to as the "FUNDS"); and the Westchester Teamsters Local Union No. 456 (hereinafter referred to as the "Union"), and against the Defendant, PRECISION DEVELOPMENT OF CHAPPAQUA, INC., in the sum of $349,970.80 which includes unpaid principal, liquidated damages, interest, court costs and attorney's fees.

Dated:  Elmsford, New York
        March 22, 2008

                                               Karin Arrospide, Esq. (KA9319)
                                               BARNES, IACCARINO, VIRGINIA, AMBINDER & SHEPHERD, PLLC
                                               258 Saw Mill River Road
                                               Elmsford, New York 10523
                                               (914) 592-1515