UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Trustees of the Teamsters Local 456 Pension, Health &
Welfare, Annuity, Education & Training, S.U.B.,                Case No. 08civ.0574 (SCR)
Industry Advancement and Legal Services Funds and the
Westchester Teamsters Local Union No. 456,                           **AFFIDAVIT**
                                                                     **OF SERVICE**
                            Plaintiffs,

-against-

PRECISION DEVELOPMENT OF CHAPPAQUA, INC.,

                            Defendant.
------------------------------------------------------------------------X
STATE OF NEW YORK           )
                            )ss.:
COUNTY OF WESTCHESTER       )

    ANNMARIE POPOVIC, being duly sworn, deposes and says:

    That deponent is not a party to the action, am over the age of eighteen (18) years of age and reside in Yonkers, New York. That on the 28th day of April, 2008, I served the within ANSWER, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within this State, addressed to each of the following persons at the last known address set forth after each name:

    To: Barnes, Iaccarino, Virginia
        Ambinder & Shephard, PLLC
        258 Saw Mill River Road
        Elmsford, New York 10523
        Attn:    Karin Arrospide, Esq.

                                                  _____
                                                  ANNMARIE POPOVIC

Sworn to before me this
28th day of April, 2008.

_____
Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    INDEX NO. 08civ.0574 (SCR)

Trustees of the Teamsters Local 456 Pension, Health &
Welfare, Annuity, Education & Training, S.U.B.,
Industry Advancement and Legal Services Funds and the
Westchester Teamsters Local Union No. 456,

                        Plaintiffs,

-against-

PRECISION DEVELOPMENT OF CHAPPAQUA, INC.,

                        Defendant.

### AFFIDAVIT OF SERVICE

---

**THE**
**DeIORIO LAW FIRM, LLP**

*Attorneys for*

Plaintiff                   X  Defendant

800 Westchester Ave., Suite S-608
Rye Brook, New York 10573
(914) 696-5555
(914) 696-0450 FAX

---

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*
*Dated:* .............................        *Signature* ...........................................................................
                                      Print Signer's Name ............................................................